IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPRESSIVE FOODS, INC., et. al., | CASE NO. 5:11-cv-80140 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE, et. al., | |
| Defendant(s). | |

On October 25, 2011, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to accomplish service of process within the time designated by Federal Rule of Civil Procedure 4.  <u>See</u> Docket Item No. 2.  The Court admonished Plaintiffs that the Court would dismiss this action should they fail to respond or otherwise fail to show good cause.

As of this date, Plaintiffs have not complied with the show cause order as directed.

Accordingly, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 4(m).  The Clerk shall terminate all pending matters and close this file.

**IT IS SO ORDERED.**

Dated:  December 6, 2011

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:11-cv-80140 EJD
ORDER DISMISSING CASE

1